SPENCER FANE LLP
Mary E. Bacon, Esq. (Bar No. 12686)
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3411
Facsimile:  (702) 408-3401
E-mail: mbacon@spencerfane.com

*Attorneys for Defendant Ad Astra Recovery Services, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **AUSTIN LOVE,**<br><br>                              Plaintiff,<br><br>vs.<br><br>**AD ASTRA RECOVERY SERVICES, INC.**<br><br>                              Defendant. | Case No. 2:21-cv-01149-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff, Austin Love ("Plaintiff"), and Defendant, Ad Astra Recovery Service, Inc. ("Defendant") have agreed to extend the time for Defendant to Respond to Plaintiff's Complaint [ECF No. 1] for one week, to **August 17, 2021.** Plaintiff filed his complaint on June 17, 2021. This is the parties' first stipulation to extend Defendant's time to respond to the Complaint.

/ / /

/ / /

/ / /

The parties request this brief extension to accommodate Defendant's counsel just being retained in this matter. The extension will allow Defendant time to evaluate its case, potential defenses and settlement possibilities. This request is made in good faith and not for the purpose of delay.

DATED this 11th day of August, 2021.

| KIND LAW | SPENCER FANE, LLP |
|---|---|
| By: /s/ *Michael Kind* <br> Michael Kind, Esq. <br> Nevada Bar No. 13903 <br> 8860 South Maryland Parkway, Suite 106 <br> Las Vegas, Nevada 89123 <br> *Attorneys for Plaintiff Austin Love* | By: /s/ *Mary E. Bacon* <br> Mary E. Bacon, Esq. <br> Nevada Bar No. 12686 <br> 300 S. Fourth Street, Suite 950 <br> Las Vegas, NV 89101 <br> *Attorneys for Defendant Ad Astra Recovery Services, Inc.* |

## ORDER

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

Dated this 13th day of August, 2021.

Respectfully submitted by:

**SPENCER FANE, LLP**

/s/ *Mary E. Bacon*
Mary Bacon (Nevada Bar No. 12686)
300 South Fourth Street, Suite 950
Las Vegas, Nevada 89101
*Attorneys for Defendant Ad Astra Recovery Services, Inc.*