# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

AUSTIN LOVE,

        Plaintiff(s),

v.

AD ASTRA RECOVERY SERVICES,

        Defendant(s).

2:21-cv-01149-JAD-VCF

**ORDER**

    Before me is the notice of settlement between Plaintiff and Ad Astra Recover Services, Inc. (ECF No. 8).

    Accordingly, and good cause appearing,

    I ORDER that the parties must file a proposed stipulation and order for dismissal on or before November 30, 2021.

    DATED this 25th day of October 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE